AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) SAND, LEONARD B. | 2. Court or Organization U.S. DIS RIC COURT: SDNY | 3. Date of Report 8/12/2011 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT COURT JUDGE - SENIOR STA US | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
|---|---|---|

| 7. Chambers or Office Address U.S. COURTHOUSE 500 PEARL STREET, ROOM 1650 NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | [████] TRUST #2 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Sand, Leonard B.

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | TEACHING SALARY - UNIVERSITY | $20,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date nun/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EXXON MOBIL COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. IBM COMMON STOCK | C | Dividend | M | T | | | | | |
| 3. BP AMOCO PLC COMMON STOCK | B | Dividend | M | T | | | | | |
| 4. SAFETY KLEEN CORP COMMON STOCK | | None | | | Sold | 04/30/10 | J | A | |
| 5. NIKE INC COMMON STOCK | B | Dividend | M | T | | | | | |
| 6. COMMERCIAL METALS COMMON STOCK | D | Dividend | M | T | | | | | |
| 7. STRYKER CORP COMMON STOCK | D | Dividend | O | T | Sold (part) | 04/06/10 | L | F | |
| 8. TOOTSIE ROLL INDS COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. UNITED COMPANIES TAX DEFERRED ANNUITY | B | Interest | K | T | | | | | |
| 10. KIMBERLY CLARK COMMON STOCK | B | Dividend | L | T | | | | | |
| 11. KIMBERLY CLARK COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. MCKESSON HBOC COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. JP MORGAN CHASE & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. NASSAU CTY SER N MUNI BOND | A | Interest | J | T | | | | | |
| 15. NEW YORK STATE DORM AU MUNI BOND | B | Interest | K | T | | | | | |
| 16. LM CLEARB AGG GRW FD CL A | | None | K | T | | | | | |
| 17. LM CLEARB AGG GRW FD CL A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Code (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | BERMUDA PROPERTIES LTD COMMON & PFD STOCK | | None | J | T | | | | | |
| 19. | OLSTEIN FINANCIAL ALERT FUND - CLASS C | | None | N | T | | | | | |
| 20. | LM CLEARB LG CAP GRW FD CL A | | None | K | T | | | | | |
| 21. | NYS DORM AUTH REVS RFDG LENOX HILL HOSPITAL MUNI BOND | A | Interest | | | Sold | 02/08/10 | J | A | |
| 22. | HAIN CELSTIAL GROUP | | None | K | T | | | | | |
| 23. | OLSTEIN FINANCIAL ALERT FUND CLASS C | | None | M | T | | | | | |
| 24. | ANNALY MORTGAGE MGMT COMMON STOCK | A | Dividend | | | Sold | 06/01/10 | K | A | |
| 25. | OLSTEIN FINANCIAL ALERT FUND CLASS C | | None | L | T | | | | | |
| 26. | NEW YORK TIMES CLASS A STOCK (X) | | None | J | T | | | | | |
| 27. | LM WEST ASSET ADJ RATE INC FD | A | Dividend | J | T | | | | | |
| 28. | LM CLEARBR APP FD CL B | B | Dividend | M | T | | | | | |
| 29. | LM CLEARBR LG CAP GRW FD CL B | | None | M | T | | | | | |
| 30. | FIRST MARBLEHEAD CORP COMMON STOCK | | None | | | Sold | 04/06/10 | J | A | |
| 31. | WHIRLPOOL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 32. | WINDSTREAM CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. | NYC G/O FISCAL 1994 SER A MUNI BOND | | None | | | Sold | 02/08/10 | J | A | |
| 34. | DISH NETWORK CL A COMMON | | None | | | Sold | 04/19/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/12/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USG CORP COMMON STOCK | | None | | | Sold | 11/05/10 | J | A | |
| 36. PUERTO RICO COMWLTH PUB SER A BOND | B | Interest | L | T | | | | | |
| 37. PENNANT PARK INVT CORP | B | Dividend | K | T | Buy | 06/01/10 | K | | |
| 38. AUTOMATIC DATA PROCESSING | | None | J | T | Buy | 11/05/10 | J | | |
| 39. TRUSTS | | | | | | | | | |
| 40. IRA A/C #1 | E | Int./Div. | N | T | | | | | |
| 41. (U.S. TREAS SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 42. DIVIDENDS FROM DE GROUP FD & EMERGING MKT FUND) | | | | | | | | | |
| 43. IRA A/C #2 | A | Int./Div. | K | T | | | | | |
| 44. (U.S. TREAS SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 45. DIVIDENDS FROM DE GROUP FD & EMERGING MKTS FD) | | | | | | | | | |
| 46. LIFE INTEREST IN INCOME OF ▓▓▓▓ TRUST # 1 | | | | | | | | | |
| 47. VALUE OF TRUST HOLDINGS | E | Int./Div. | P1 | T | | | | | |
| 48. IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 49. COMMON STOCKS | | | | | | | | | |
| 50. EXXON MOBIL | | | | | | | | | |
| 51. GENERAL ELECTRIC | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BRISTOL MYERS | | | | | | | | | |
| 53. VERIZON COMMUNICATIONS | | | | | | | | | |
| 54. NORFOLK SOUTHERN CORP | | | | | | | | | |
| 55. NORTHROP GRUMAN | | | | | | | | | |
| 56. DOW CHEMICAL CO | | | | | | | | | |
| 57. ZIMMER HOLDINGS INC | | | | | | | | | |
| 58. U.S. BANCORP DEL COM | | | | | | | | | |
| 59. DU PONT EI DE NEMOURS & CO | | | | | | | | | |
| 60. ARCHER DANIELS MIDLAND CO | | | | | | | | | |
| 61. NESTLE SA (CHF) I | | | | | | | | | |
| 62. PRAXAIR INC | | | | | Buy | 06/07/10 | K | | |
| 63. EMERSON ELECTRIC | | | | | Buy | 06/07/10 | J | | |
| 64. CUMMINS INC | | | | | Buy | 06/07/10 | J | | |
| 65. HOSPIRA INC | | | | | Buy | 06/07/10 | J | | |
| 66. JOHNSON & JOHNSON | | | | | Buy | 06/07/10 | J | | |
| 67. ORACLE CORP | | | | | Buy | 06/07/10 | J | | |
| 68. FRONTIER COMMUNICATIONS | | | | | Spinoff (from line 53) | 07/09/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SOUTHERN COMPANY | | | | | Buy | 06/07/10 | J | | |
| 70. NEXTERA ENERGY INC | | | | | Buy | 06/07/10 | J | | |
| 71. LIFE INTEREST IN INCOME OF ▒▒▒ TRUST # 2 | | | | | | | | | |
| 72. VALUE OF TRUST HOLDINGS | C | Int./Div. | N | T | | | | | |
| 73. IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 74. SB MONEY FUND | | | | | | | | | |
| 75. CITIBANK BANK NA BANK DEP PROGRAM | | | | | | | | | |
| 76. COMMON STOCKS | | | | | | | | | |
| 77. HAIN CELESTIAL GRP INC | | | | | | | | | |
| 78. KB HOME | | | | | | | | | |
| 79. FIRST MARBLEHEAD CORP | | | | | Sold | 04/08/10 | J | | |
| 80. FEDERAL NATIONAL MORTGAGE ASSOCIATION | | | | | Sold | 04/08/10 | J | | |
| 81. WELLPOINT INC | | | | | | | | | |
| 82. GENERAL ELECTRIC | | | | | | | | | |
| 83. MUTUAL FUNDS | | | | | | | | | |
| 84. OLSTEIN FINANCIAL ALERT FUND CL C | | | | | | | | | |
| 85. LM CBA EQUITY INC BUILDER (CBA CAP & INC F D CL C) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. PARTNERSHIPS - LIMITED INTEREST | | | | | | | | | |
| 87. UNDERHILL ASSOC - ORIGINAL COST $6,000 | C | Distribution | J | R | | | | | |
| 88. 150 LAKE ASSOC. - ORIGINAL COST $3,000 | B | Distribution | J | R | | | | | |
| 89. RAMCO GERSHENSON PROPERTIES LP - ORIGINAL COST $10,500 | A | Distribution | J | R | | | | | |
| 90. BANK ACCOUNTS | | | | | | | | | |
| 91. CITIBANK | C | Interest | P1 | T | | | | | |
| 92. JP MORGAN CHASE | A | Interest | K | T | | | | | |
| 93. HUDSON CITY SAVINGS BANK | A | Interest | J | T | | | | | |
| 94. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | L | T | | | | | |
| 95. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 96. CITIBANK .NA. BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 97. KEY BANK NATIONAL ASSOCIATION | | None | | | Closed | | | | |
| 98. MAHOPAC NATIONAL BANK | A | Interest | J | T | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    .    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B. | 8/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. TRANSACTIONS

The undersigned has small minority interests as a limited partner in the limited partnerships listed in Part VII and is not in a position to obtain data regarding transactions in real property, securities, etc. If any further information is required, please refer to his letter of August 21, 1980 to the Honorable Edward Allen Tamm, Judicial Ethics Committee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LEONARD B. SAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544